IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK MARINE INTERNATIONAL SERVICES LTD., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 18-mc-349 (MN) |
| TILLMAN ENTERPRISES INC., et al., ) ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, on June 26, 2020, Magistrate Judge Hall issued a Report and Recommendation ("the Report") (D.I. 19) in this action, recommending that the Court deny the motion for summary judgment of Jack Marine International Services Ltd. (D.I. 10); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 13th day of July 2020 that the Report and Recommendation is ADOPTED.

Plaintiff Jack Marine International Services Ltd.'s Motion for Summary Judgment (D.I. 10) is DENIED.

The Honorable Maryellen Noreika
United States District Judge